UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BENJAMIN YOCUM & HEATHER LTD, et al.,  Case No. 1:17-cv-850

    Plaintiff,

              v. 

Dlott, J.
Bowman, M.J.

BLACK WOLF CONSULTING, INC., et al.,

    Defendants.

**REPORT AND RECOMMENDATION**

Plaintiffs filed suit against Defendants in state court on November 14, 2017. On December 18, 2017, Defendants removed the action to this Court, asserting that federal question jurisdiction exists under ERISA, 29 U.SC. § 1001, *et seq.* and 28 U.S.C. § 1331. On December 19, 2017, the Court referred this case to the undersigned magistrate judge in order to rule upon all non-dispositive pretrial motions, and to recommend disposition of all dispositive motions. (Doc. 5).

Currently pending is Defendants' non-dispositive motion to stay proceedings in this case pending resolution of *Acosta, Secretary of Labor, United States Dept. of Labor v. AEU Benefits, LLC, et al.*, N.D. Ill. Case No. 1:17-cv-7931 (the "DOL Action") or further order from the court in that case.  Only to the extent that this Court would decline to enter a stay do Defendants alternatively move to dismiss all of Plaintiff's claims as preempted by ERISA, and for failure to state a claim for relief.  (Doc. 11).

By separate Memorandum Opinion and Order, the undersigned has entered the requested stay of all proceedings in this case.  Therefore, **IT IS RECOMMENDED HEREIN THAT** Defendant's alternative motion to dismiss (Doc. 11) be **DENIED AS**

**MOOT** without prejudice to refile said motion, if appropriate, once the stay is lifted.

   *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| BENJAMIN YOCUM & HEATHER LTD, et al., | Case No. 1:17-cv-850 |
| Plaintiff, | |
| v. | Dlott, J.<br>Bowman, M.J. |
| BLACK WOLF CONSULTING, INC., et al., | |
| Defendants. | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  See *Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).